FILED
April 6, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:10-cr-121 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| KENNETH WEBB, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Kenneth Webb Case 2:10-cr-121 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   Unsecured bond in the amount of $25,000, co-signed by Debbie Whedon.

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) Pretrial conditions/supervision; Third Party Custody to Debbie Whedon; Bond and Third Party Custody paperwork to be filed by close of business on 4/7/10.

Issued at Sacramento, CA on 4/6/10 at 2:57 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge