1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   KENNETH ALBERT WEBB
7
8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,      ) No. 2:10-cr-121 GEB
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER CONTINUING
14     v.                         ) CASE AND EXCLUDING TIME
                                  )
15 KENNETH ALBERT WEBB,           ) Judge: Hon. Garland E. Burrell, Jr.
                                  ) Date:  April 16, 2010
16              Defendant.        ) Time:  9:00 a.m.
                                  )
17 _____)

18     **IT IS HEREBY STIPULATED** by and between Assistant United States
19 Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal
20 Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB,
21 that the status conference scheduled for April 16, 2010, be vacated and
22 the matter continued until May 21, 2010, for further status conference
23 at the request of the defense.
24     The reason for the continuance is to allow for review of
25 discovery, initial consultation with Mr. Webb, and consideration of
26 various other aspects of defense preparation including investigation
27 and possible pretrial motions.
28     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act be excluded between April 16, 2010 and May 21, 2010, pursuant
2  to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii), Local Code T-2 (complexity)
3  given the frequent need in cases of this sort to engage the services of
4  forensics computer analysts, and (B)(iv)(time to prepare), Local Code
5  T-4.

6  **IT IS SO STIPULATED.**

8  Date:  April 16, 2010            /s/ Carolyn Delaney
                                    CAROLYN DELANEY
9                                   Assistant United States Attorney
                                    Counsel for Plaintiff

12 Date:  April 16, 2010            DANIEL J. BRODERICK
                                    Federal Defender

14                                   /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
15                                  Assistant Federal Defender
                                    Counsel for Defendant
16                                  KENNETH ALBERT WEBB

**O R D E R**

19  **IT IS SO ORDERED.**
20            By the Court,
21  Dated:  April 19, 2010

23                                  _____
                                    GARLAND E. BURRELL, JR.
24                                  United States District Judge

Stipulation and Order              -2-