DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KENNETH ALBERT WEBB


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-121 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING CASE AND EXCLUDING |
| | ) TIME |
| KENNETH ALBERT WEBB, | ) |
| | ) Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) Date:   July 9, 2010 |
| | ) Time:   9:00 a.m. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States
Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal
Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB,
that the status conference scheduled for May 21, 2010, was vacated and
the matter continued until July 9, 2010, for further status conference
at the request of the defense.

The reason for the continuance is to allow for review of
discovery, forensic evaluation of computer evidence, further
consultation with Mr. Webb, and consideration of various other aspects
of defense preparation including other investigation and possible

1   pretrial motions.

2        **IT IS FURTHER STIPULATED** that time for trial under the Speedy

3   Trial Act be excluded between May 21, 2010 and July 9, 2010, pursuant

4   to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local Code T-2 (complexity)

5   given the frequent need in cases of this sort to engage the services of

6   forensics computer analysts, and (B)(iv)(time to prepare), Local Code

7   T-4.

8        **IT IS SO STIPULATED.**

9

10  Date:   June 1, 2010                    /s/ Carolyn Delaney
                                           CAROLYN DELANEY
11                                          Assistant United States Attorney
                                           Counsel for Plaintiff
12

13

14  Date:   June 1, 2010                    DANIEL J. BRODERICK
                                           Federal Defender
15

16                                          /s/ Jeffrey L. Staniels
                                           JEFFREY L. STANIELS
17                                          Assistant Federal Defender
                                           Counsel for Defendant
18                                          KENNETH ALBERT WEBB

19

20                          **O R D E R**

21       **IT IS SO ORDERED.**

22                      By the Court,

23  Dated:   June 3, 2010

24

25  GARLAND E. BURRELL, JR.
    United States District Judge

26

27

28