```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   KENNETH ALBERT WEBB
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-121 GEB |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING CASE AND EXCLUDING |
|  | ) TIME |
| KENNETH ALBERT WEBB, | ) |
|  | ) Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) Date:  July 9, 2010 |
|  | ) Time:  9:00 a.m. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB, that the status conference scheduled for July 9, 2010, was vacated and the matter continued until August 13, 2010, for further status conference at the request of the defense.

The reason for the continuance is to allow for review of discovery, forensic evaluation of computer evidence, further consultation with Mr. Webb, and consideration of various other aspects of defense preparation including other investigation and possible

pretrial motions.  Internal issues concerning the availability of a suitable computer expert have contributed to this need for further time to prepare.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between July 9, 2010 and August 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local Code T-2 (complexity) given the frequent need in cases of this sort to engage the services of forensics computer analysts, and (B)(iv)(time to prepare), Local Code T-4.

**IT IS SO STIPULATED.**

Date:  July 8, 2010              /s/ Carolyn Delaney
                                 CAROLYN DELANEY
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  July 8, 2010              DANIEL J. BRODERICK
                                 Federal Defender


                                  /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 KENNETH ALBERT WEBB

**O R D E R**

**IT IS SO ORDERED.**

             By the Court,

Dated:  July 21, 2010

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

Stipulation and Order                -2-