```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KENNETH ALBERT WEBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-121 GEB |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** STIPULATION AND |
| v. ) | [PROPOSED] ORDER CONTINUING CASE |
| ) | AND EXCLUDING TIME |
| KENNETH ALBERT WEBB, ) | |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. ) | Date:  September 3, 2010 |
| ) | Time:  9:00 a.m. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB, that the status conference scheduled for September 3, 2010, be vacated and the matter continued until October 8, 2010, for further status conference at the request of the defense.

The reason for the continuance is to allow for evaluation of the results of a forensic evaluation of computer evidence which just has been received, and for further consultation with Mr. Webb, and consideration of various other aspects of defense preparation including

other investigation and possible pretrial motions in light of the computer evaluation results.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between August 13, 2010 and October 8, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local Code T-2 (complexity) given the frequent need in cases of this sort to engage the services of forensics computer analysts, and (B)(iv)(time to prepare), Local Code T-4.

**IT IS SO STIPULATED**.

Date:  September 2, 2010          /s/ Carolyn Delaney
                                  CAROLYN DELANEY
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:  September 2, 2010          DANIEL J. BRODERICK
                                  Federal Defender


                                   /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  KENNETH ALBERT WEBB

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,


Dated:  September 3, 2010

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge