DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENNETH ALBERT WEBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>    v. )<br>)<br>KENNETH ALBERT WEBB, )<br>)<br>            Defendant. )<br>)<br>_____ ) | No. 2:10-cr-121 GEB<br><br>**AMENDED** STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Judge: Hon. Garland E. Burrell, Jr.<br>Date:  October 8, 2010<br>Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB, that the status conference scheduled for October 8, 2010, be vacated and the matter continued until October 22, 2010, for further status conference at the request of the defense.

The reason for the continuance is to allow for consultation between the parties regarding the results of a defense forensic evaluation of computer evidence which just has been received, and for further consultation with Mr. Webb, and consideration of various other

aspects of defense preparation including other investigation and possible pretrial motions in light of the computer evaluation results.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between October 8, 2010 and October 22, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local Code T-2 (complexity), given the frequent need in cases of this sort to engage the services of forensics computer analysts, and (B)(iv)(time to prepare), Local Code T-4.

**IT IS SO STIPULATED.**

Date:  October 7, 2010        /s/ Carolyn Delaney
                              CAROLYN DELANEY
                              Assistant United States Attorney
                              Counsel for Plaintiff


Date:  October 7, 2010        DANIEL J. BRODERICK
                              Federal Defender


                               /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              KENNETH ALBERT WEBB

**O R D E R**

**IT IS SO ORDERED.**

Dated:  October 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge