1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
KENNETH WEBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:10-cr-121 GEB |
|---|---|
| Plaintiff, | ) |
| | ) ORDER SHORTENING TIME. |
| v. | ) |
| KENNETH WEBB, | ) |
| Defendant. | ) |

The request for an order shortening time is hereby GRANTED. Defendant's motion for bail review shall be placed on the 11:00 a.m. Duty Calender for November 5, 2010.

**IT IS SO ORDERED.**

DATED:  November 3, 2010.

_____
U.S. MAGISTRATE JUDGE