```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENNETH ALBERT WEBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>KENNETH ALBERT WEBB, 　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　Defendant. 　　　)<br>　　　　　　　　　　　　　　)<br>_____ ) | No. 2:10-cr-121 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Judge: Hon. Garland E. Burrell, Jr.<br>Date:　November 19, 2010<br>Time:　9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB, that the status conference scheduled for November 19, 2010, be vacated and the matter continued until December 17, 2010, for further status conference at the request of the defense.

　　　The reason for the continuance is to allow for further evaluation of and consultation between the parties regarding the results of a defense forensic evaluation of computer evidence which recently has been received, for further consultation with Mr. Webb, and for

consideration of various other aspects of defense preparation including other investigation and possible pretrial motions in light of the computer evaluation results.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between November 19, 2010 and December 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local Code T-2 (complexity), given the frequent need in cases of this sort to engage the services of forensics computer analysts, and (B)(iv)(time to prepare), Local Code T-4.

**IT IS SO STIPULATED.**

Date:  November 19, 2010        /s/ Carolyn Delaney
                                CAROLYN DELANEY
                                Assistant United States Attorney
                                Counsel for Plaintiff


Date:  November 19, 2010        DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Counsel for Defendant
                                KENNETH ALBERT WEBB

**O R D E R**

**IT IS SO ORDERED.**

Dated:  November 19, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge