```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KENNETH ALBERT WEBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>                                   )<br>KENNETH ALBERT WEBB,               )<br>                                   )<br>            Defendant.             )<br>                                   )<br>_____) | No. 2:10-cr-121 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Judge: Hon. Garland E. Burrell, Jr.<br>Date:  December 17, 2010<br>Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB, that the status conference scheduled for December 17, 2010, be vacated and the matter continued until January 28, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow for further evaluation of and consultation between the parties regarding the results of a defense forensic evaluation of computer evidence which recently has been received, for further consultation with Mr. Webb, and for

consideration of various other aspects of defense preparation including other investigation and possible pretrial motions in light of the computer evaluation results.

   **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between December 17, 2010 and January 28, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local Code T-2 (complexity), given the frequent need in cases of this sort to engage the services of forensics computer analysts, and (B)(iv)(time to prepare), Local Code T-4.

   **IT IS SO STIPULATED.**

Date:  December 16, 2010          /s/ Carolyn Delaney
                                 CAROLYN DELANEY
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  December 16, 2010         DANIEL J. BRODERICK
                                 Federal Defender


                                  /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 KENNETH ALBERT WEBB

                         **O R D E R**

   **IT IS SO ORDERED.**

Dated:  December 17, 2010

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge