DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENNETH ALBERT WEBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>KENNETH ALBERT WEBB,<br><br>               Defendant.<br>_____ | No. 2:10-cr-121 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Judge: Hon. Garland E. Burrell, Jr.<br>Date:  January 28, 2011<br>Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB, that the status conference scheduled for January 28, 2011, be vacated and the matter continued until March 4, 2011, for further status conference at the request of the defense.

    The reason for the continuance is to allow for further evaluation of and consultation between the parties regarding the results of a defense forensic evaluation of computer evidence, for further consultation with Mr. Webb, and for consideration of various other

aspects of defense preparation including other investigation and possible pretrial motions in light of the computer evaluation results.

    **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between January 28, 2011 and March 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local Code T-2 (complexity), given the frequent need in cases of this sort to engage the services of forensics computer analysts, and (B)(iv)(time to prepare), Local Code T-4.

    **IT IS SO STIPULATED.**

Date:  January 27, 2011    /s/ Carolyn Delaney
                                                CAROLYN DELANEY
                                                Assistant United States Attorney
                                                Counsel for Plaintiff

Date:  January 27, 2011    DANIEL J. BRODERICK
                                                Federal Defender

                                           /s/ Jeffrey L. Staniels
                                                JEFFREY L. STANIELS
                                                Assistant Federal Defender
                                                Counsel for Defendant
                                                KENNETH ALBERT WEBB

**O R D E R**

**IT IS SO ORDERED.**

Dated:  January 27, 2011

                                                GARLAND E. BURRELL, JR.
                                                United States District Judge