```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENNETH ALBERT WEBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-121 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | EXCLUDING TIME |
| ) | |
| KENNETH ALBERT WEBB, ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | Date:  March 4, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB, as follows:

The status conference scheduled for March 4, 2011, was vacated and the matter continued until April 15, 2011, for further status conference at the request of the defense with the agreement of government counsel. A stipulation to the continuance was not filed as the result of defense counsel's inadvertent oversight.

The reason for the continuance was to allow for further consultation with Mr. Webb, and for consideration of various other aspects of defense preparation including other investigation and

possible pretrial motions.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between March 4, 2011 and April 15, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local Code T-2 (complexity), given the frequent need in cases of this sort to engage the services of forensics computer analysts in various ways, and (B)(iv)(time to prepare), Local Code T-4.  This was the intent and agreement of the parties at the time the court's clerk was notified of the requested continuance.

**IT IS SO STIPULATED.**

Date:  April 12, 2011         /s/ Carolyn Delaney
                              CAROLYN DELANEY
                              Assistant United States Attorney
                              Counsel for Plaintiff


Date:  April 12, 2011         DANIEL J. BRODERICK
                              Federal Defender


                              /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              KENNETH ALBERT WEBB

**O R D E R**

**IT IS SO ORDERED.**

Dated:  April 13, 2011

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge