1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   KENNETH ALBERT WEBB
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,         )  No. 2:10-cr-121 GEB
                                     )
13                Plaintiff,         )
                                     )  STIPULATION AND [PROPOSED] ORDER
14     v.                            )  CONTINUING CASE, SETTING MOTIONS
                                     )  BRIEFING SCHEDULE AND EXCLUDING
15 KENNETH ALBERT WEBB,              )  TIME
                                     )
16                Defendant.         )  Judge: Hon. Garland E. Burrell, Jr.
                                     )  Date:  April 15, 2011
17 _____   )  Time:  9:00 a.m.

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal

21 Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB,

22 that the status conference scheduled for April 15, 2011, be vacated and

23 the matter continued until June 10, 2011, for argument and hearing or

24 hearing setting on defendant's motion to suppress evidence and that the

25 following briefing schedule be adopted.

26 Defendant's Motion to be filed by                         April 22, 2011

27 Government's Opposition                                     May 20, 2011

28 Defendant's Optional Reply                                 June 3, 2011

| | |
|---|---|
| Argument / Hearing Setting | June 10, 2011 |
| Evidentiary Hearing | As set by the Court |

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between April 15, 2011 and June 10, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local Code T-2 (complexity), § 3161(h)(7)(B)(iv)(time to prepare), Local Code T-4, and from the time of filing of the defense motion § 3161(h)(1)(D), Local Code E (pending pretrial motions.

**IT IS SO STIPULATED**.

Date:  April 12, 2011          /s/ Carolyn Delaney
                               CAROLYN DELANEY
                               First Assistant United States Attorney
                               Counsel for Plaintiff


Date:  April 12, 2011          DANIEL J. BRODERICK
                               Federal Defender


                                /s/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               KENNETH ALBERT WEBB

**O R D E R**

**IT IS SO ORDERED.**
Dated:  April 13, 2011

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge