1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CR No. S-10-0121 GEB
                                )
12           Plaintiff,          )
                                )
13      v.                      )
                                )
14 KENNETH ALBERT WEBB,         )   STIPULATION AND [PROPOSED] ORDER
                                )
15                              )
             Defendant.         )
16 _____

17      IT IS HEREBY stipulated between the United States of America

18 through its undersigned counsel, Carolyn K. Delaney, Assistant

19 United States Attorney, together with the defendant and his

20 counsel, that the briefing schedule currently set should be

21 modified as follows: the government's response shall be due on

22 June 3, 2011; the defendant's optional reply shall be due on June

23 10, 2011; and a non-evidentiary hearing shall be held on June 17,

24 2011.

25      The parties acknowledge that the time under the Speedy Trial

26 Act is being excluded under Title 18, United States Code, Section

27 3161 (h)(1)(D), based on the pendency of pretrial motions already

28

                                    1

filed by the defense.

Dated: May 18, 2011                             Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                U.S. Attorney

                                                /s/ Carolyn K. Delaney

                                                CAROLYN K. DELANEY
                                                Assistant U.S. Attorney


Dated: May 18, 2011                             /s/ Jeffrey Staniels

                                                JEFFREY STANIELS
                                                Attorney for
                                                KENNETH ALBERT WEBB


**ORDER**

**IT IS HEREBY ORDERED:** That the briefing scheduled currently set is hereby modified as follows: the government's reply shall be due on June 3, 2011; the defendant's reply shall be due on June 10, 2011; and non-evidentiary hearing shall be held on June 17, 2011.

Dated:  May 18, 2011

                                                _____
                                                GARLAND E. BURRELL, JR.
                                                United States District Judge

2