```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00121 GEB |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| KENNETH ALBERT WEBB, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Kenneth Albert Webb it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Kenneth Albert Webb's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a)   HP Compaq Presario V6000 laptop.

2. The above-listed property was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

3. Pursuant to Rule 32.2(b), the Attorney General (or a

1 designee) shall be authorized to seize the above-listed property.
2 The aforementioned property shall be seized and held by the
3 United States, in its secure custody and control.
4     4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21
5 U.S.C. § 853(n), and Local Rule 171, the United States shall
6 publish notice of the order of forfeiture.  Notice of this Order
7 and notice of the Attorney General's (or a designee's) intent to
8 dispose of the property in such manner as the Attorney General
9 may direct shall be posted for at least 30 consecutive days on
10 the official internet government forfeiture site
11 www.forfeiture.gov.  The United States may also, to the extent
12 practicable, provide direct written notice to any person known to
13 have alleged an interest in the property that is the subject of
14 the order of forfeiture as a substitute for published notice as
15 to those persons so notified.
16       b.  This notice shall state that any person, other than
17 the defendant, asserting a legal interest in the above-listed
18 property, must file a petition with the Court within sixty (60)
19 days from the first day of publication of the Notice of
20 Forfeiture posted on the official government forfeiture site, or
21 within thirty (30) days from receipt of direct written notice,
22 whichever is earlier.
23     5.  If a petition is timely filed, upon adjudication of all
24 third-party interests, if any, this Court will enter a Final
25 ///
26 ///
27 ///
28 ///

Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

Dated:  August 2, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge