```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KENNETH ALBERT WEBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-121 GEB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE |
| ) | |
| KENNETH ALBERT WEBB, ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | Date: December 2, 2011 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB, that sentencing proceedings scheduled for December 2, 2011, be vacated and the matter continued until January 20, 2012, for sentencing.

This continuance is jointly sought to permit counsel for both parties to complete preparation of sentencing memoranda and to respond to opposing counsel's memoranda.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act is not implicated by this request for a post-conviction continuance.

**IT IS SO STIPULATED.**

Date:  November 30, 2011         /s/ *Kyle Reardon*
                                 Kyle Reardon
                                 First Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  November 30, 2011         DANIEL J. BRODERICK
                                 Federal Defender


                                  /s/ *Jeffrey L. Staniels*
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 KENNETH ALBERT WEBB

**O R D E R**

**IT IS SO ORDERED.**

Dated:  December 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge