DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KENNETH ALBERT WEBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>            Plaintiff, )<br>  )<br>      v. )<br>  )<br>KENNETH ALBERT WEBB, )<br>  )<br>            Defendant. )<br>_____ ) | No. 2:10-cr-121 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE<br><br>Judge: Hon. Garland E. Burrell, Jr.<br>Date:  March 9, 2012<br>Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant KENNETH ALBERT WEBB, that sentencing proceedings scheduled for March 9, 2012, be vacated and the matter continued until **March 16, 2012**, for sentencing.

This continuance is sought in light of the breakdown of the bus transporting Mr. Webb to court on February 24, 2012, and in light of counsels' upcoming schedules which created a conflict with the orally

agreed to continuance date of **March 9, 2012**, and to permit orderly completion and submissions of sentencing memoranda and to responses to opposing counsel's memoranda.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act is not implicated by this request for a post-conviction continuance.

**IT IS SO STIPULATED.**

Date:   February 29, 2012         /s/ *Kyle Reardon*
                                  Kyle Reardon
                                  First Assistant United States Attorney
                                  Counsel for Plaintiff


Date:   February 29, 2012         DANIEL J. BRODERICK
                                  Federal Defender

                                   /s/ *Jeffrey L. Staniels*
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  KENNETH ALBERT WEBB

**O R D E R**

**IT IS SO ORDERED.**

Dated:   February 29, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge