PHILLIP A. TALBERT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH ALBERT WEBB,<br><br>    Defendant. | CASE NO. 2:10-cr-00121-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER**<br><br>DATE: January 23, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Kenneth Webb, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on January 23, 2024.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until **February 27, 2024, at 09:00 a.m.**

3. The assigned probation officer has informed the parties that he intends to file a superseding violation petition. The defendant and his counsel desire additional time to discuss any additional alleged violations and resolving the alleged violations with the assigned probation officer and attorney for the government.

///

///

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING      1

4. Neither the assigned probation officer nor the attorney for the government oppose the requested continuance.

IT IS SO STIPULATED.

Dated: January 17, 2024          PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ SHEA J. KENNY
                                 SHEA J. KENNY
                                 Assistant United States Attorney

Dated: January 17, 2024          /s/ MEGAN HOPKINS
                                 MEGAN HOPKINS
                                 Counsel for Defendant
                                 KENNETH ALBERT WEBB

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 17, 2024          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE