PHILLIP A. TALBERT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ALBERT WEBB,<br><br>Defendant. | CASE NO. 2:10-cr-00121-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF JUDGMENT AND SENTENCING; FINDINGS AND ORDER**<br><br>DATE: December 17, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Kenneth Webb, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on December 17, 2024.

2. By this stipulation, the defendant now moves to continue the hearing until **January 21, 2025, at 09:00 a.m.**.

3. The assigned probation officer has informed the parties that he requires additional time to file a dispositional memorandum for this matter. Once the memorandum is filed, the parties will require additional time to review the dispositional memorandum, including for defense counsel to review and discuss the dispositional memorandum with his client, and to prepare filings in advance of the judgment and sentencing hearing.

4. Neither the assigned probation officer nor the attorney for the government oppose the requested continuance.

IT IS SO STIPULATED.

Dated: December 5, 2024       PHILLIP A. TALBERT
                              United States Attorney

                              /s/ SHEA J. KENNY
                              SHEA J. KENNY
                              Assistant United States Attorney

Dated: December 5, 2024       /s/ OLAF HEDBERG
                              OLAF HEDBERG
                              Counsel for Defendant
                              KENNETH ALBERT WEBB

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 9, 2024       /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE