UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 24, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

 KENNETH ALBERT WEBB,

          Defendant.

Case No.  2:10-cr-00121-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release  KENNETH ALBERT WEBB , Case

No. 2:10-cr-00121-JAM , Charge 18 U.S.C. § 3606, from custody for the following

reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

        _____    Unsecured Appearance Bond $ _____

        _____    Appearance Bond with 10% Deposit

        _____    Appearance Bond with Surety

        _____    Corporate Surety Bail Bond

     X    (Other): **Defendant shall be RELEASED forthwith.**

Sacramento County Jail is further ORDERED to release the defendant with a

_____ 30-day supply of any medications the defendant is receiving from the jail.

Dated: March 24, 2026

*[signature]*

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE