AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA
v.
**KENNETH ALBERT WEBB**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: **2:10CR00121-1**

Defendant's Attorney: Olaf W. Hedberg, Appointed

**THE DEFENDANT:**

[✓] admitted guilt to violation of charges 1 through 3 as alleged in the superseding violation petition filed on 5/26/2026 .

[✓] was found in violation of conditions of supervision as to charge 1 after denial of guilt, as alleged in the violation petition filed on 10/3/2025 .

The defendant is adjudicated guilty of these violations:
**See next page.**

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 1/21/2025 .

*The Defendant was also found in violation of conditions of supervision as to charges 1 through 4 after denial of guilt, as alleged in the violation petition filed on 07/17/2026. The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charge 2 of the Petition (ECF No. 131) is dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**11/17/2026**
Date of Imposition of Sentence

Signature of Judicial Officer

**John A. Mendez**, Senior U. S. District Judge
Name and Title of Judicial Officer

11/17/2026
Date

DEFENDANT: **KENNETH ALBERT WEBB**
CASE NUMBER: **2:10CR00121-1**

| **Violation Number** | **Nature of Violation** | **Date Violation Ended** |
|---|---|---|
| 1 | FAILURE TO RESIDE IN A RESIDENTIAL REENTRY CENTER (ECF No. 131) | September 2, 2025 |
| 1 | POSSESSION OF UNAUTHORIZED DEVICES (CELL PHONES) WITHOUT THE APPROVAL OF THE PROBATION OFFICER (ECF No. 153) | May 18, 2026 |
| 2 | POSSESSION OF A DEVICE THAT HAS ACCESS TO ANY “ON-LINE COMPUTER SERVICE” UNLESS APPROVED BY THE PROBATION OFFICER (ECF No. 153) | May 18, 2026 |
| 3 | POSSESSION OF SEXUALLY EXPLICIT IMAGES (ECF No. 153) | May 18, 2026 |
| 1 | POSSESSION OF UNAUTHORIZED DEVICES (CELL PHONES)<br>WITHOUT THE APPROVAL OF THE PROBATION OFFICER (ECF No. 156) | July 8, 2026 |
| 2 | POSSESSION OF A DEVICE THAT HAS ACCESS TO ANY “ON-LINE COMPUTER SERVICE” UNLESS APPROVED BY THE PROBATION OFFICER (ECF No. 156) | July 8, 2026 |
| 3 | POSSESSION OF SEXUALLY EXPLICIT IMAGES (ECF No. 156) | July 8, 2026 |
| 4 | FAILURE TO NOTIFY THE PROBATION OFFICER OF LAW ENFORCEMENT CONTACT (ECF No. 156) | June 3, 2026 |

DEFENDANT: **KENNETH ALBERT WEBB**
CASE NUMBER: **2:10CR00121-1**



## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
11 months.

[✓] No TSR: Defendant shall cooperate in the collection of DNA.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district
- [ ] at ___ on ___.
- [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
- [ ] before ___ on ___.
- [ ] as notified by the United States Marshal.
- [ ] as notified by the Probation or Pretrial Services Officer.

If no such institution has been designated, to the United States Marshal for this district.

[ ] Other, Please Specify:

## RETURN

I have executed this judgment as follows:

_______________________________________________

_______________________________________________

_______________________________________________

Defendant delivered on ______________________ to ______________________
at ______________________, with a certified copy of this judgment.

______________________
United States Marshal

______________________
By Deputy United States Marshal